UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

RAYMOND LEE GEARHART,

                Plaintiff,

v.

DR. HEART, et al.,

                Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION

Case No. 16-CV-4035 (MJD/LIB)

RAYMOND LEE GEARHART,

                Plaintiff,

v.

DR. HEART, psychiatrist, et al.,

                Defendants.

Case No. 17-CV-0215 (MJD/LIB)

RAYMOND LEE GEARHART,

                Plaintiff,

v.

DR. HEART and DR. GABLE,

                Defendants.

Case No. 17-CV-0507 (MJD/LIB)

RAYMOND LEE GEARHART,

                Plaintiff,

v.

Case No. 17-CV-0624 (MJD/LIB)

DR. HEART, psychologist, et al.,

                Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    These actions are **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2.    Motion for an attorney and an extension of time (Civil File No. 16-4035 (MJD/LIB) [Docket No. 9]) is **DENIED** because neither the motion nor the supporting memorandum provides any basis for granting the motion; and all other pending motions are **DENIED AS MOOT**.

3.    Raymond Lee Gearhart is restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer in this District.

4.    Judgment is entered accordingly.

DATED:  April 6, 2017                    s/ Michael J. Davis
At Minneapolis, Minnesota          Michael J. Davis
                                          United States District Court